IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORY ALLEN HEIBERT,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-227-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Cory Allen Hiebert's petition for a writ of habeas corpus without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 2241.

| /s/ | 12/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |